UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>ANTONIO FELICIANO,<br><br>        Defendant. | 95-CR-941 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

In light of the Court of Appeals' recent mandate authorizing the filing of a successive 28 U.S.C. § 2255 motion, counsel shall confer and inform the Court by letter no later than September 10 how they propose to proceed.

**SO ORDERED.**

Dated:   August 31, 2020
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.