UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA

    -against-

Antonio Feliciano,

------------------------------------x

ORDER

95cr941-12 (LAP)
Docket #

<u>Loretta A. Presca</u>, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, <u>Bobbi Sternheim</u> is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC <u>October 14, 2020</u>

SO ORDERED.

*Loretta A. Preska*

**UNITED STATES DISTRICT JUDGE**

10/22/20

Dated: New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-22-20