UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANTONIO FELICIANO,<br><br>                    Defendant. | No. 95-CR-941 (LAP)<br><br>No. 01-CV-9398 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Antonio Feliciano's successive 28 U.S.C. § 2255 motion seeking to vacate his convictions under 18 U.S.C. § 924(c).  (See dkt. no. 27 in 01-CV-9398.)  The Government shall respond to the motion no later than May 24, 2021.  Mr. Feliciano may reply no later than June 7, 2021.

**SO ORDERED.**

Dated:    April 13, 2021
          New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge